U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 3 0 2018

TONY R. MOORE, CLERK
BY: _____MB_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION 1:09-CR-00032 |
| VERSUS | JUDGE DRELL |
| TODD P. JEFFS | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Jeffs's § 2255 Motion (Doc. 43) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 29th day of AUGUST, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT